IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

THEODORE TAYLOR, :
(Reg. No. 07625-003)
:
    Plaintiff,
:
vs.                               CIVIL ACTION NO.13-00516-KD-M
:
CHARLES E. SHERMAN, *et al*.,
:
    Defendants.
:

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated February 26, 2014 (doc. 10) is adopted as the opinion of this Court.

It is **ORDERED** that Plaintiff Theodore Taylor's action be and is hereby dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) as frivolous and failing to state a claim upon which relief may be granted.

DONE this 26th day of March 2014.

                                            s/ Kristi K. DuBose
                                            KRISTI K. DuBOSE
                                            UNITED STATES DISTRICT JUDGE